# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RICK MERCADO,

    Plaintiff,

v.

CITY OF ECORSE, MICHAEL MOORE, in his official and personal capacities, and NARDA BRUNO, in her official and personal capacities,

    Defendants.

Case No. 2:20-cv-11436

Hon. Linda V. Parker

Mag. David R. Grand

| | |
|---|---|
| Nakisha Chaney (P65066)<br>Jessica Lieberman (P68957)<br>SALVATORE PRESCOTT PORTER & PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>chaney@sppplaw.com<br>lieberman@sppplaw.com | Edward D. Plato (P29141)<br>Jessica Bond (P77611)<br>THE PLATO LAW FIRM<br>*Attorneys for Defendants*<br>30500 Northwestern Hwy, Suite 425<br>Farmington Hills, MI 48334<br>Phone: 248- 855-6650<br>eplato@platolawfirm.com<br>jbond@platolawfirm.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to this stipulation of the parties, and the Court being otherwise advised;

**IT IS HEREBY ORDERED** that the above-captioned matter is DISMISSED in its entirety, as to all parties, with prejudice and without the payment of costs or

attorney fees, except for attorney fees as provided for in the settlement agreement.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 3, 2021

Entry of the above Order is hereby stipulated to by:

| SALVATORE PRESCOTT PORTER & PORTER, PLLC | THE PLATO LAW FIRM, PLLC |
|---|---|
| /s/ *Nakisha N. Chaney* | /s/ *Edward D. Plato* |
| Nakisha N. Chaney (P65066) | Edward D. Plato (P29141) |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 105 E. Main Street | 30500 Northwestern Hwy, Suite 425 |
| Northville, MI 48167 | Farmington Hills, MI 48334 |
| Phone: (248) 679-8711 | Phone: 248- 855-6650 |
| chaney@sppplaw.com | eplato@platolawfirm.com |